**Entered on Docket
October 28, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

___

CINDY LEE STOCK                                              **E-FILED OCTOBER 27, 2009**
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for HSBC MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| TRACI BOUCHOT and | ) | CASE NO. S-08-14798-MKN |
| RAUL BOUCHOT, | ) | |
| | ) | Hearing Date: July 24, 2009 |
| | ) | Hearing Time: 1:30 p.m. |
| | ) | |
| Debtors. | ) | Location:   Foley Federal Building |
| | ) |                      Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The continued Motion for Relief from Automatic Stay of  HSBC MORTGAGE CORPORATION came on regularly for hearing before this court on July 24, 2009, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

* * * *

1    IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 9171 Amber Wave Avenue, Las Vegas, NV 89123

SUBMITTED BY:

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
(702)382-1399
Attorney for HSBC MORTGAGE CORPORATION

RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

____    The Court waived the requirement of approval under LR 9021.

____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

KATHLEEN LEAVITT, Trustee: _____

Approved _____    Disapproved _____    Failed to Respond __X_____

# # #

2